### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF KANSAS

| | |
|---|---|
| JAMES E. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13CV-02128-EFM-TJJ |
| | ) |
| BNSF RAILWAY COMPANY, | ) |
| | ) |
| Defendant. | ) |

### MOTION TO EXPAND TIME TO RESPOND TO
### DEFENDANT'S MOTION TO DISMISS

COMES NOW Plaintiff, by and through his attorney, James W. Tippin, and hereby moves this Court to expand the time for Plaintiff to respond to Defendant's Motion to Dismiss to March 28, 2014. The reasons in support of this Motion are more fully set out in the Suggestions attached hereto and incorporated herein by reference.

    s/ James W. Tippin
JAMES W. TIPPIN    MO #25110
21 West Gregory Boulevard
Kansas City, Missouri 64114-1105
(816) 471-8575
(816) 421-0243 - FAX
jwtippin@tippinlawfirm.com

ATTORNEY FOR PLAINTIFF

**SUGGESTIONS IN SUPPORT OF**
**MOTION TO EXPAND TIME TO RESPOND TO**
**DEFENDANT'S MOTION TO DISMISS**

1. On March 14, 2014, Plaintiff's counsel filed a Motion to Withdraw as Counsel. The motion was denied, without prejudice.

2. Plaintiff's counsel will file an amended Motion to Withdraw.

3. Additional time will be needed for Plaintiff to have sufficient time to respond to the Motion to Dismiss, pursuant to D. Kansas Rule 83.5.5.

                                                Respectfully submitted,

                                                  s/  James W. Tippin
                                                JAMES W. TIPPIN

## CERTIFICATE OF SERVICE

I do hereby certify that, on the 17th day of March, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

      Jack D. Rowe, Esq.        jrowe@lathropgage.com

      David C. Vogel, Esq.      dvogel@lathropgage.com

      Jill Waldman, Esq.        jwaldman@lathropgage.com

I further certify that, on the above date, I mailed the above and foregoing document certified return receipt requested and first class, postage prepaid, to the following non-CM/ECF participants:

      Mr. James E. Williams, Plaintiff
      2119 Northwest 58th Street
      Kansas City, Missouri 64151

                                              s/   James W. Tippin
                                              JAMES W. TIPPIN